# IN THE UNITED STATES DISTRICTCOURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTON THOMPSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, and )<br>KAREN FERGUSON, *FBI Supervisor*, )<br>)<br>   Defendants. ) | Civil No.: 3:19-cv-01071<br>CHIEF JUDGE CRENSHAW<br>MAGISTRATE JUDGE FRENSLEY |

## SPECIAL APPEARANCE AND TO REQUEST EXTENSION
## OF TIME TO ANSWER COMPLAINT

COMES NOW the United States Attorney for the Middle District of Tennessee, and appears specially in the above-referenced action to give notice that the named Defendant, Karen Ferguson, has been made aware of the Complaint in this action, although proper service is disputed, and has requested representation by the United States Department of Justice. While it is expected that the representation request will be granted, an extension of time within which the Defendant may respond to the Complaint is respectfully requested on her behalf, so that this process can be completed.

Based on the foregoing, it is respectfully requested that the Court permit an extension of time of sixty (60) days from this date, through and including April 13, 2020, in which to file Defendants' answers or other responsive pleadings.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
Middle District of Tennessee


By: s/ Michael L. Roden
MICHAEL L. RODEN, B.P.R. # 010595
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
Email: Michael.roden@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, a copy of the foregoing was filed electronically. A copy will be sent to the following, if registered, by operation of the Court's electronic filing system. If not registered, a copy was sent by United States First Class Mail, postage prepaid, to the following:

Anton Thompson
714 Due West Avenue North, J-134
Madison, TN 37115


s/ Michael L. Roden
MICHAEL L. RODEN
Assistant United States Attorney